IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHNSE DESMON GILL                                                                                          PLAINTIFF

v.                                              Civil No. 6:20-cv-6054

NURSE MONROE, *et al*.                                                                                      DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed November 12, 2020, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 12. Judge Ford recommends that the Court dismiss Plaintiff's Complaint (ECF No. 1) without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2) for failure to prosecute this case.

No party has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 12) *in toto*. Accordingly, Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 28th day of January, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge